UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEEL SUPPLEMENTS, INC.**,
a Florida corporation,

    Plaintiff,

v.                                                                    Case No.:  8:20-cv-2971-T-02AEP

**BLITZ NV, LLC,** a Nevada limited
liability Company,

    Defendant.
_____/

INDEX OF EXHIBITS TO DEFENDANT'S
STATEMENT OF UNDISPUTED MATERIAL FACTS
AND MOTION FOR SUMMARY JUDGMENT

| Number | Title |
|---|---|
| 1 | Jason Huh Deposition with Exhibits* |
| 2 | 2021-09-01 Mehdy Karbid Deposition with Exhibits* |
| 3 | 2021-12-14 Mehdy Karbid Deposition with Exhibits* |
| 4 | Jake Goodwin Deposition with Exhibits* |
| 5 | David Vingiano Deposition with Exhibits |
| 6 | 2021-09-02 Jason Verona Deposition with Exhibits |
| 7 | 2021-12-17 Jason Verona Deposition with Exhibits |
| 8 | Clifton Turner Deposition with Exhibits* |
| 9 | Andrew Hill Deposition with Exhibits* |
| 10 | Steven Oscher Deposition with Exhibits* |
| 11 | Briggs Stahl Deposition with Exhibits* |
| 12 | Dr. Douglas Kalman Deposition with Exhibits |
| 13 | Dr. Marvin Heuer Deposition with Exhibits |
| 14 | Declaration of Dan Bilzerian |
| 15 | 2021-03-03 Steel's Responses to Blitz's First Set of Interrogatories |
| 16 | 2021-07-08 Steel's Amended Responses to Blitz's First Set of Interrogatories |
| 17 | 2021-12-23 Blitz's Amended Responses to Steel's Requests for Admission |
| 18 | 2021-12-23 Blitz's Amended Responses to Steel's First Interrogatories |

2

| 19 | JAMES GRACELY_000056–84 |
| 20 | IGN 357* |
| 21 | STEEL_0000956* |
| 22 | 2021-10-18 Hearing Transcript |

*Indicates that a document was marked confidential or contains information that Blitz reasonably anticipates Steel would consider confidential and, as such, only a placeholder is filed pursuant to Local Rule 1.11(d).