UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEEL SUPPLEMENTS, INC.,** a Florida
corporation

      Plaintiff,

v.                                         **CASE NO.  8:20-cv-02971-WFJ-TGW**

**BLITZ NV, LLC,** a Nevada limited liability
company

      Defendant.
_____/

## STEEL SUPPLEMENTS, INC.'S NOTICE OF FILING EXHIBITS

Plaintiff STEEL Supplements, Inc. ("STEEL"), hereby gives notice of filing copies of exhibits in support of STEEL's summary judgment papers.

The exhibits attached to this Notice contain documents that one or more parties had previously designated confidential and for which STEEL previously filed only placeholders pursuant to Local Rule 1.11(d) (as indicted by an asterisk next to the exhibit number listed in STEEL's summary judgment exhibit index at Dkt. 141).[1] Exhibits attached to this Notice have either been de-designated or are being filed redacted pursuant to the Court's Order at Dkt. 176 granting motions to seal.

---

[1] STEEL previously filed its exhibit nos. 1, 1-A, 12, and 14 at Dkt. 161 after Blitz de-designated those documents.

In addition, copies of exhibits to be sealed pursuant to the Court's Order at Dkt. 176 will be filed with the clerk's office. Video exhibits on USB flash drives will also be submitted. Those exhibits are not attached to this Notice but are designated herein with a placeholder.

The exhibits are listed in the index below.

### STEEL's Exhibit Index

| Number | Short Title | Full Title | Note |
|---|---|---|---|
| 1-B (composite) | Bilzerian Tr. Ex. | Video Exhibits 18-19, 24-27 to Deposition Transcript of Daniel Bilzerian **(USB flash drive)** | USB flash drive[2] filed with Court |
| 2-B | Blitz 30(b)(6) Tr. Ex. | Video Exhibit 2 to Deposition Transcript of Blitz NV, LLC's 30(b)(6) Designee, Jason Verona (December 17, 2021) **(USB flash drive)** | USB flash drive filed with Court |
| 3 | Gracely Tr. | Deposition Transcript of James Gracely | Filed under seal pursuant to Dkt. 176 |
| 3-A (composite) | Gracely Tr. Ex. | Exhibits 1-17, 19-26 to Deposition Transcript of James Gracely | Filed under seal pursuant to Dkt. 176 |

---

[2] Previously-filed placeholders may indicate videos would be submitted on DVD; however, STEEL will submit all video exhibits on USB flash drives.

| Number | Short Title | Full Title | Note |
| --- | --- | --- | --- |
| 3-B | Gracely Tr. Ex. | Video Exhibit 18 to Deposition Transcript of James Gracely **(USB flash drive)** | USB flash drive filed with Court |
| 4 | Huh Tr. | Deposition Transcript of Jason Huh | Redacted transcript filed; Full transcript filed under seal pursuant to Dkt. 176 |
| 4-A (composite) (Filed in 15 Parts) | Huh Tr. Ex. | Exhibits to Deposition Transcript of Jason Huh | Full exhibits filed |
| 5 | Ignite 30(b)(6) Tr. | Deposition Transcript of Ignite International, Ltd.'s 30(b)(6) Designee, Clifton Turner | Filed under seal pursuant to Dkt. 176 |
| 5-A (composite) | Ignite 30(b)(6) Tr. Ex. | Exhibits to Deposition Transcript of Ignite International, Ltd.'s 30(b)(6) Designee, Clifton Turner | Filed under seal pursuant to Dkt. 176 |
| 7 | Nelk 30(b)(6) Tr. | Deposition Transcript of Nelk USA, Inc. and FULL SEND Fitness, LLC's 30(b)(6) Designee, Andrew Hill | Filed under seal pursuant to Dkt. 176 |
| 7-A (composite) | Nelk 30(b)(6) Tr. Ex. | Exhibits 1-8 to Deposition Transcript of Nelk USA, Inc. and FULL SEND Fitness, LLC's 30(b)(6) Designee, Andrew Hill | Filed under seal pursuant to Dkt. 176 |

| Number | Short Title | Full Title | Note |
| --- | --- | --- | --- |
| 7-B (composite) | Nelk 30(b)(6) Tr. Ex. | Video Exhibits 9-11 to Deposition Transcript of Nelk USA, Inc. and FULL SEND Fitness, LLC's 30(b)(6) Designee, Andrew Hill **(USB flash drive)** | Filed under seal pursuant to Dkt. 176 |
| 8-A (composite) | Pasquale Tr. Ex. | Exhibits to Deposition Transcript of Anthony Pasquale | Ex. 5 filed; Exs. 1-4, 6 filed under seal pursuant to Dkt. 176 |
| 9 | Verona Tr. | Deposition Transcript of Jason Verona (September 2, 2021) | Full transcript filed |
| 9-A (composite) | Verona Tr. Ex. | Exhibits 1-18, 21-29, 32 to Deposition Transcript of Jason Verona (September 2, 2021) | Exs. 1-3, 6-9, 11-18, 21-29, 32 filed; Exs. 4-5, 10 filed under seal pursuant to Dkt. 176 |
| 9-B (composite) | Verona Tr. Ex. | Video Exhibits 19-20, 30-31 to Deposition Transcript of Jason Verona (September 2, 2021) **(USB flash drive)** | USB flash drive filed with Court |
| 16 | Truck Video | October 26, 2020 multi-part video showing FULL SEND bag **(USB flash drive)** | USB flash drive filed with Court |

4

| Number | Short Title | Full Title | Note |
|---|---|---|---|
| 17 | Truck Video | October 26, 2020 multi-part video showing Bilzerian "blowing up" truck **(USB flash drive)** | USB flash drive filed with Court |
| 21 (composite) | Bilzerian Posts for STEEL | Select Bilzerian Video Posts for STEEL, Bates Numbered STEEL_0000780, STEEL_0000779, STEEL_0001399, STEEL_0001400, and STEEL_0001401 **(USB flash drive)** | USB flash drive filed with Court |
| 22-1 (composite) | Bilzerian Posts for ZRO | Select Bilzerian Video Posts for Ignite's ZRO, Bates Numbered STEEL_0000778, STEEL_0000782, STEEL_0000783, STEEL_0000784, STEEL_0000785, STEEL_0003164, and STEEL_0003165 **(USB flash drive)** | USB flash drive filed with Court |

Dated: August 9, 2022

        */s/ Sarah A. Gottlieb*
        Jason P. Stearns
        Florida Bar No. 59550
        Sarah A. Gottlieb
        Florida Bar No. 125232
        **FREEBORN & PETERS LLP**
        201 North Franklin Street, Suite 3550
        Tampa, FL  33602
        Phone:  813-488-2920
        Fax:  813-488-2960
        E-mail:  jstearns@freeborn.com

E-mail:  sgottlieb@freeborn.com

Secondary E-mail:
ckitchell@freeborn.com
mbennett@freeborn.com

Jeffery J. Catalano (*Pro hac vice*)
**FREEBORN & PETERS LLP**
311 S. Wacker Drive, Suite 3000
Chicago, IL  60606
Phone:  773-852-6161
Fax:  312-360-6520
E-mail:  jcatalano@freeborn.com
Secondary E-mail:  dcesek@freeborn.com

Brian D. Goodrich
Florida Bar No. 106948
**BENTLEY LAW, P.A.**
783 S. Orange Ave., Third Floor
Sarasota, FL  34239
Phone:  941-556-9030
Fax:  941-312-5316
 E-mail:
 bgoodrich@thebentleylawfirm.com
 Secondary:
 jbradley@thebentleylawfirm.com
*Attorneys for Plaintiff STEEL Supplements, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022 I filed the foregoing Notice of Filing Exhibits via CM/ECF which will serve all attorneys of record.

*/s/Sarah A. Gottlieb*
Sarah A. Gottlieb

6040422