# EXHIBIT 1-B (composite)
## Video Exhibits 18-19, 24-27 to Deposition Transcript of Daniel Bilzerian

# (USB Flash Drive will be filed with the Court)