# EXHIBIT 5

Deposition Transcript of Ignite International, Ltd.'s
30(b)(6) Designee, Clifton Turner

# PLACEHOLDER
# (This document is being filed under seal pursuant to Dkt. 176)